IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

DONALD JAMES HAYES,
Plaintiff,

v.

COMMISSIONER,
SOCIAL SECURITY
ADMINISTRATION,
Defendant.

Case No: 6:17-cv-1358-JR

Order

Upon consideration of the parties' Stipulation for Attorney Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. 2412(d),

It is hereby ORDERED that the stipulation is granted. Defendant shall pay attorney's fees to Plaintiff pursuant to the EAJA in the amount of Seven Thousand Six Hundred Thirty-Five Dollars and 45/100 ($7,635.45).

Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), EAJA fees awarded by this Court belong to Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B)(2006)). If after receiving the Court's EAJA fee order, the Commissioner determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed that is subject to offset under the Treasury Offset Program, any remaining EAJA fees after offset will be paid by a check payable to Plaintiff but delivered to Plaintiff's attorney.

DATED this 23 day of October 2018.

_____
Jolie A. Russo
United States Magistrate Judge